UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENORA GREENE, *et al.*,

    Plaintiffs,

v.

ROCHESTER VILLAS
APARTMENTS, INC., *et. al.*,

    Defendants.

_____/

Case No. 25-13926

Hon. F. Kay Behm

## **ORDER SETTING DEADLINE FOR AMENDED COMPLAINT**

Plaintiff Genora Greene filed action on December 28, 2025. ECF No. 1. Greene filed an application to proceed without prepaying fees and costs, which the court denied as incomplete. ECF No. 2, 7. She filed a new application on January 8, 2026. ECF No. 10. But Greene also filed a "notice of compliance" with the court's order on that same day. ECF No. 9. The court had denied her motion to "supplement" her complaint with a partial pleading for several independent reasons. ECF No. 7. But the court noted that she could simply submit one new amended complaint that incorporated her changes. *Id.*

In her "notice," Plaintiff stated that she would be "filing a single, complete First Amended Complaint" in order to cure any deficiencies the court had pointed out in her supplemental pleading. ECF No. 9. But the court is not in receipt of any amended pleading as of writing. If the court grants her pending application to proceed *in forma pauperis* ("IFP") (ECF No. 10), it is obliged to perform a screening analysis under 28 U.S.C. § 1915(e), but that analysis would be a waste of judicial resources if Plaintiff in fact files an amended complaint. Therefore, Plaintiff shall have 14 days from entry of this order to file an amended complaint. If she does not file an amended complaint during that time, the court will rule on her pending application to proceed IFP and will rely on her complaint at ECF No. 1.

**SO ORDERED.**

Dated: February 2, 2026        s/F. Kay Behm
                               F. Kay Behm
                               United States District Judge