UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENORA GREENE,

     Plaintiff,                    Case No. 25-13926

v.

                             F. Kay Behm

ROCHESTER VILLAS          United States District Judge
APARTMENTS, INC., *et. al.*,

     Defendants.
_____ /

## **<u>JUDGMENT</u>**

     **IT IS ORDERED AND ADJUDGED** that pursuant to the

court's order dismissing this case, this civil action is **DISMISSED**

**WITHOUT PREJUDICE**.

     **SO ORDERED**.

Date: February 27, 2026       <u>s/ F. Kay Behm</u>
                             F. Kay Behm
                             United States District Judge